MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6982
    natalie.lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00511 RS |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| JERMAINE JONES, | |
| Defendant. | |

On October 30, 2012, the parties made a second status appearance before the Court. The parties requested, and the Court ordered, a continuance until November 27, 2012, on which date the parties anticipate another status conference wherein dates will be discussed for either a possible plea or a trial. The stated purpose of the continuance request was to afford defense counsel adequate time to prepare and to review additional discovery that defense counsel requested and that the United States will produce within the next two to three weeks.

The parties also requested, and the Court ordered, that the time between October 30, 2012 and November 27, 2012, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: October 30, 2012            /S/
                                    NATALIE LEE
                                    Assistant United States Attorney

DATED: October 30, 2012            /S/
                                    BRANDON LEBLANC
                                    Attorney for Jermaine Jones

For the reasons stated above, this matter is continued until November 27, 2012, for a second status conference to set a date for either a possible plea or a trial. The Court finds that the exclusion of time from October 30, 2012 through November 27, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 10/31/12

                                    HONORABLE RICHARD SEEBORG
                                    United States District Judge