MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6982
   natalie.lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     v. <br><br> JERMAINE JONES, <br><br>     Defendant. | No. CR 12-00511 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On November 27, 2012, the parties made a third status appearance before the Court during which time a motions briefing schedule was set with defendant's motions being due on January 29, 2012. Further, the parties requested, and the Court ordered, a continuance until January 29, 2012, because the United States produced several items of discovery to defendant which will require defendant's review and further investigation. Thus, the purpose of the continuance request was to afford defense counsel adequate time to review the additional

discovery.

The parties also requested, and the Court ordered, that the time between November 27, 2012 and January 29, 2012, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: November 28, 2012           /S/
                                                NATALIE LEE
                                                Assistant United States Attorney

DATED: November 28, 2012           /S/
                                                BRANDON LEBLANC
                                                Attorney for Jermaine Jones

For the reasons stated above, this matter is continued until January 29, 2012, when defendant's motions are due. The Court finds that the exclusion of time from November 27, 2012 through January 29, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 11/28/12

                                                HONORABLE RICHARD SEEBORG
                                                United States District Judge