STEVEN G. KALAR
Federal Public Defender
BRANDON M. LEBLANC
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: brandon_leblanc@fd.org

Counsel for Defendant Jermaine Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12-0511 RS |
|---|---|---|
| Plaintiff, | ) | JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE DEFENDANT'S MOTION TO DISMISS INDICTMENT |
| v. | ) | |
| JERMAINE JONES, | ) | Current Hearing Date: April 9, 2013 |
| Defendant. | ) | Time: 2:30 p.m. |
| | ) | Proposed Hearing Date: May 7, 2013 |

The parties jointly request that, subject to the Court's approval, the motion hearing presently set for April 9, 2013, be continued to May 7, 2013, at 2:30 p.m.

The reason for this joint request is to give defense counsel the ability to have a psychiatric evaluation of the defendant, Jermaine Jones, completed and to obtain an opinion from the psychiatrist as to whether Ms. Jones has a mental illness and, if so, whether he is mentally competent to meaningfully assist in his defense.

Since the parties last appeared before the Court on March 12, 2013, defense counsel retained a psychiatrist to examine Mr. Jones. Thereafter, an appointment was scheduled for Thursday, March 28, 2013, to permit the psychiatrist to meet with and conduct a psychiatric evaluation of Mr. Jones at the Santa Rita Jail, in Dublin, California. However, despite having

been cleared to enter the Santa Rita Jail facility, having arrived in a timely fashion, and having the above-mentioned appointment, the doctor was ultimately denied the opportunity to meet with and conduct his evaluation of Mr. Jones, as scheduled, due to an electrical issue affecting the security in the unit where defendant is presently being housed.

In the days since and due primarily to the doctor's busy schedule, defense counsel has not yet been able to schedule a new appointment for the doctor to meet with the defendant prior to the hearing previously scheduled for April 9, 2013, at 2:30 p.m. Counsel for the government, Natalie Lee, has been apprised of the situation and joins in the instant request to have the motion hearing be continued to May 7, 2013, at 2:30 p.m., which will allow defense counsel sufficient time to reschedule the psychiatric evaluation of the defendant and meet with the attending psychiatrist.

IT IS SO STIPULATED.

DATED: April 2, 2013

/s
NATALIE LEE
Assistant United States Attorney

DATED: April 2, 2013

/s
BRANDON M. LeBLANC
Assistant Federal Public Defender

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss Indictment is continued from April 9, 2013, until **May 7, 2013, at 2:30 p.m.**

IT IS SO ORDERED.

4/2/13
Dated

RICHARD SEEBORG
United States District Judge