MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Natalie.Lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0511 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING MOTIONS HEARING UNTIL |
| v. ) | JANUARY 22, 2014 |
| ) | |
| JERMAINE JONES, ) | Date: December 11, 2013 |
| Defendant. ) | Time: 12:30 p.m. |
| ) | |
| ) | |

    The above-captioned matter is set on December 11, 2013 at 12:30 p.m. before this Court for a motions hearing. The parties now request that the motions hearing be continued to January 22, 2014 at 11:00 a.m. Defense counsel is awaiting a response from the government regarding certain discovery and related items that the government expects to receive the week of December 16, 2013. For these reasons, the parties request that the motions hearing be continued to January 22, 2014, to give the parties time to discuss future expected relevant issues related to the case.

    Time is properly excluded through December 11, 2013 due to the pending motions. Therefore, should the Court grant this stipulation to continue the motions hearing, time would be properly excluded through January 22, 2014 due to the pending motions.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: December 9, 2013          /S/
          NATALIE LEE
          Assistant United States Attorney

DATED: December 9, 2013          /S/
          DIANA WEISS
          Attorney for Jermaine Jones

    For the reasons stated above, this motions hearing is continued until January 22, 2014, at 11:00 a.m.

SO ORDERED.

DATED: 12/9/13

          HONORABLE RICHARD SEEBORG
          United States District Judge